IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 8:11CV00291 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ESTATE OF TIMOTHY LEE KRAMER ) | |
| (Deceased), et al., ) | |
| ) | |
| Defendants. ) | |

Upon Plaintiff's Motion for Publication and supporting Index (Filings. 6 and 7),

IT IS HEREBY ORDERED that Plaintiff's motion is granted.

November 23, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge